U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 16-01181

I, Brian D. Hicks, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 53 Medinah Dr Reading, PA.

The public sale was held on 1/5/17

and the highest bidder was BP Real Estate Investment Group

who bid the amount of $ 90,001.00

Brian D. Hicks  #1688
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273



**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

### BIDDER'S REGISTRATION FORM

NAME: Sarah Sensenig on Behalf of BP REIG LP

ADDRESS: 1770 Oregon Pike

Lancaster, PA 17601

PHONE (DAY): 717-327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Inurstment Group, LP

The above is precisely how the name(s) are to appear in the deed

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 16-01181 |
| DEFENDANT | TYPE OF PROCESS |
| Angela G. Lauria | US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Angela G. Lauria
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
53 Medinah Drive, Reading, PA 19607

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market Street
Suite 501
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                   Fold

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process / | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date 1/5/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Address *(complete only different than shown above)* | Date 1/5/17 | Time 11:00 ☑ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 0 | | 65.00 | | $0.00 |

REMARKS:
1/5/17 USMS Sale of Real Estate at the Berks County Courthouse, 633 Court Street, Reading, PA 19512
Mileage to sale (  ○   miles @ $.54 per/mile = $           ).

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13