**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br>                 Plaintiff <br>     v. <br> ANGELA G. LAURIA <br>                 Defendant | Civil Action No: 16-01181 |

**ORDER**

AND NOW, this 24th day of April, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

1. That the public sale held on January 05, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Realty Estate Investment Group, LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANGELA G. LAURIA in and to the premises sold located at 53 Medinah Drive, Reading, PA 19607.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                                  _____
                                                                                     J.