**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>ANGELA G. LAURIA<br><br>                    Defendant | CIVIL NO. 16-01181 |

**ORDER**

AND NOW, this 2nd day of August, 2017, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 53 Medinah Drive Reading, PA 19607 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                              BY THE COURT:

                                              _____ J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>ANGELA G. LAURIA<br><br>        Defendant | CIVIL ACTION NO. 16-01181 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

        Respectfully submitted,

        KML Law Group, P.C.

        By: _____
        Thomas I. Puleo, Esquire
        Pennsylvania Attorney I.D. No. 27615
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA 19106-1532
        (215) 825-6309

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          Plaintiff

vs.

ANGELA G. LAURIA

          Defendant

CIVIL NO. 16-01181

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser................................$90,001.00

Amount of cash received................................................$90,001.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

    Mileage and Fees.....................................................................$8.10


DEPARTMENT OF JUSTICE COSTS:
    (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

    Advertising Cost .......................................................$1,101.20

TOTAL COSTS TO U.S. GOVERNMENT ...............................$1,109.12

Proceeds of sale, less costs, to Farmer's Home Admin .................$88,891.88
    (to be forwarded to US Attorney's office)

                              Respectfully submitted,

                              KML Law Group, P.C.

                              By: _/s/ Thomas I. Puleo_
                              Thomas I. Puleo, Esquire
                              Pennsylvania Attorney I.D. No. 27615
                              Suite 5000 – BNY Independence Center
                              701 Market Street
                              Philadelphia, PA  19106-1532
                              (215) 825-6309

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 16-01181 |
| vs. | |
| ANGELA G. LAURIA | |
| Defendant | |

## CERTIFICATE OF SERVICE

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

ANGELA G. LAURIA
53 Medinah Drive
Reading, PA 19607

by mailing a true and correct copy thereof, postage prepaid, on this 1 day of August, 2017.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Brittni Augustin, Legal Secretary
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6305