IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1181 |
| | : | |
| ANGELA G. LAURIA, | : | |
| Defendant, | : | |
| | : | |
| BP REAL ESTATE INVESTMENT GROUP LP, | : | |
| | : | |
| Movant. | : | |

**O R D E R**

**AND NOW,** this 2nd day of October, 2017, upon consideration of BP Real Estate Investment Group, LP's Petition to Confirm Sale and Divest Junior Liens Nunc Pro Tunc, (Doc. No. 19) and the accompanying memorandum of law (Doc. No. 19-4), IT IS HEREBY ORDERED:

1. A rule is hereby issued against lienholder, Flying Hills Trust to show cause why Third-Party Petitioner is not entitled to the relief requested;

2. Flying Hills Trust shall file an answer to the Petition within twenty (20) days of service upon them; and

3. Notice of the entry of this Order shall be provided to all parties by the Petitioner.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.