IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1181 |
| | : | |
| ANGELA G. LAURIA, | : | |
| Defendant, | : | |
| | : | |
| BP REAL ESTATE INVESTMENT | : | |
| GROUP LP, | : | |
| Movant. | : | |

## ORDER

**AND NOW,** this 30th day of October, 2017, upon consideration of BP Real Estate Investment Group, LP's Petition to Confirm Sale and Divest Junior Liens Nunc Pro Tunc, (Doc. No. 19) and the accompanying memorandum of law (Doc. No. 19-4), IT IS HEREBY ORDERED:

1. Third-party petitioner's motion is GRANTED;

2. The US Marshal's sale of the property commonly known as 53 Medinah Drive, Cumru Township, Berks County PA, (the "Property"), which sale occurred on January 5, 2017, conveying title to BP Real Estate Investment Group, LP, is confirmed;

3. The junior lien of Flying Hills Trust on the Property is hereby divested, nunc pro tunc, to the same effect as if they had received timely notice of the Marshal's sale in accordance with Pa.R.C.P. 3129; and

4. Nothing in this Order shall have the effect of discharging the underlying

indebtedness of the defendant but shall, nevertheless, discharge the lien against the Property created by the junior lien.

BY THE COURT:

_____
LAWRENCE F. STENGEL, C.J.